**SUZUKI LAW OFFICES**
Attorneys at Law
Richard J. Suzuki, Esq. No. 021348
Brad D. Smith, Esq. No. 021597
Michael D. Rothman, Esq. No. 032161
Seth Apfel, Esq. No. 032225
Belen Olmedo-Guerra, Esq. No. 029800
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Wesley*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Laura Marye Wesley,<br><br>   Defendant | Case No.: **CR-19-00200-PHX-DLR**<br><br>(DEFENDANT OUT OF CUSTODY)<br><br>**MOTION TO VACATE STATUS HEARING**<br><br>*(First Request)* |

  Upon Motion of Defendant, Laura Marye Wesley, Assistant U.S. Attorney Peter Sexton having no objection, and good cause appearing therefrom;

  **IT IS ORDERED VACATING** the March 27, 2019 at 1:30 p.m. Status Hearing in this matter.

    DATED this _____ day of _____, 2019.

                   _____
                   *United States District Judge Bridget S. Bade*
                   *United States District Court of Arizona*